976

People v Freeman    4th Dept: 141 AD3d 1164 (Monroe)    granted 9/16/16 (Whalen, P.J.)

People v Smith (Dwight) 1st Dept: 143 AD3d 31 (Bronx)    granted 9/29/16 (Kapnick, J.)

MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY INSURANCE COMPANY et al., Respondents.

Decided October 20, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

In the Matter of CITY OF NEW YORK et al., Appellants, v NEW YORK STATE NURSES ASSOCIATION et al., Respondents.

Submitted September 19, 2016; decided October 20, 2016

Motion by New York State Public Employment Relations Board for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

CONTACT CHIROPRACTIC, P.C., as Assignee of Girtha Butler, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant.

Submitted September 26, 2016; decided October 20, 2016

Motion by City of New York for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed. One copy of the letter brief must be served and an original and two copies filed within seven days.